IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIC FINCKE,

    Plaintiff,

v.

    No.   1:12-cv-01065-KBM/WDS

PHARMASAFE, LLC,
a New Mexico limited liability company,
PAT ADAMS, BILL BELL, and
DOES 1-50, inclusive,

    Defendants.

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERS TO COMPLAINT

    THIS MATTER HAVING COME BEFORE THE COURT on the unopposed motion by Defendants and the stipulation and agreement of Plaintiff to allow Defendants an extension of time to file their Answers to Plaintiff's Complaint;

    IT IS THEREFORE ORDERED that Defendants shall have until February 22, 2013 to file and serve their Answers to Plaintiff's Complaint.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE