IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC FINCKE,

    Plaintiff,

v.   No. 12-cv-1065 KG/SMV

PHARMASAFE, LLC; PAT ADAMS;
BILL BELL; and DOES 1-50;

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   May 29, 2014, at 1:30 p.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **May 29, 2014, at 1:30 p.m.** Counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538,** to connect to the proceedings. Parties shall be prepared to discuss the status of discovery and choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**