IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC FINCKE,

    Plaintiff,

v.                                No. 12-cv-1065 KG/SMV

PHARMASAFE, LLC; PAT ADAMS;
BILL BELL; and DOES 1-50;

    Defendants.

## ORDER GRANTING JOINT MOTION TO SET NEW CASE MANAGEMENT DEADLINES AND SECOND SCHEDULING ORDER

THIS MATTER is before the Court on the parties' Joint Motion to Set Case Management Deadlines [Doc. 51] ("Motion"), filed on March 31, 2014.[1]  The Court will grant the Motion, and resets the case management deadlines as follows:

| | |
|---|---|
| (1) Plaintiff's Rule 26(a)(2) expert disclosure: | June 18, 2014 |
| (2) Defendants' Rule 26(a)(2) expert disclosure: | July 18, 2014 |
| (3) Termination date for discovery: | September 18, 2014 |
| (4) Motions relating to discovery to be filed by: | October 20, 2014 |
| (5) Pretrial motions other than discovery motions (including *Daubert* motions) filed by: | November 7, 2014 |
| (6) Plaintiff submits Pretrial Order to Defendants by: | December 2, 2014 |
| (7) Defendants submit Pretrial Order to the Court by: | December 16, 2014 |

---

[1] The parties are reminded that "an unopposed motion must be accompanied by a proposed order approved by each party." D.N.M. LR-Civ. 7.2.  Proposed orders must be submitted to smvproposedtext@nmcourt.fed.us.

By separate order, the Court shall also schedule a status conference to check the progress of discovery and select a date to hold a settlement conference in this case.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**