IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC FINCKE,

    Plaintiff,

v.                                                                     No. 12-cv-1065 KG/SMV

PHARMASAFE, LLC; PAT ADAMS;
BILL BELL; and DOES 1-50;

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:     August 29, 2014, at 9:30 a.m.

    **Matter to be heard**:   Status Conference

A telephonic status conference is hereby set for **August 29, 2014, at 9:30 a.m.** Counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538,** to connect to the proceedings. Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, and when to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**