IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC FINKE,

    Plaintiff,

vs.                                                       Civ. No. 12-01065 KG/SMV

PHARMASAFE, LLC,
a New Mexico limited liability company,
PAT ADAMS, BILL BELL, and
DOES 1-50, inclusive,

    Defendants.

<u>ORDER OF PARTIAL DISMISSAL</u>

    Having granted, in part, Defendants' Motion and Memorandum to Dismiss for Failure to State a Claim with Respect to Certain of Plaintiff's Claims (Doc. 15) by a Memorandum Opinion and Order entered contemporaneously with this Order of Partial Dismissal,

    IT IS ORDERED that:

    1. all claims against Defendant Pat Adams are dismissed without prejudice for lack of personal jurisdiction;

    2. Claims II and III of the Complaint (Doc. 1) are dismissed without prejudice;

    3. Claim IV is dismissed with prejudice as to Defendant Pharmasafe, LLC, otherwise, Claim IV is dismissed without prejudice; and

    4. Claim V is dismissed with prejudice.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE