IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


ERIC FINCKE, an individual,

    Plaintiff,

    vs.                          No. 1:12 CV-01065-KG-SMV

PHARMASAFE LLC, a New Mexico
limited liability company, PAT ADAMS,
an individual, BILL BELL, an individual,
and DOES 1-50, inclusive,

    Defendants.


**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR**
**EXPERT DISCLOSURES AND EXTEND DEADLINE TO RESPOND TO DISCOVERY**

    THIS MATTER having come before the Court on the Stipulation of the parties to extend the deadline for Expert Disclosures and Extend Deadline To Respond To Discovery, the Court FINDS that the Stipulation to Extend the Deadline is well taken.

    IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that:

1.  The deadline for Fincke to disclose expert reports shall be July 2, 2014;

2.  The deadline for Fincke to respond to all discovery propounded on Fincke by Pharmasafe on May 12, 2014, shall be July 11, 2014.

3.  The deadline for Pharmasafe to disclose expert reports shall be August 8, 2014

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

_____
    STEPHAN M. VIDMAR
    United States Magistrate Judge

Respectfully submitted,

MELENDRES, MELENDRES & HARRIGAN PC.

By: /s/ Paul Melendres

      By: Paul Melendres
      Attorney for Plaintiff Eric Fincke
      1017 5th Street NW
      Albuquerque, NM  87102
      (505) 243-8310 Telephone

      Grellas Shah LLP
      Dhaivat Shah
      20400 Stevens Creek Blvd.
      Cupertino, CA 95014
      Telephone: (408) 255-6310

      *Attorneys for Plaintiff Eric Fincke*

RODNEY LAW FIRM

By: telephonic approval

    By: Krystle A. Thomas, Esq.
      Seth L. Sparks, Esq.
      Rodey Law Firm
      201 Third Street NW, Suite 2200
      Albuquerque, New Mexico  87102

      *Attorneys for Defendants Pharmasafe LLC, Pat Adams, Bill Bell*