IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC FINCKE, an individual,

    Plaintiff,

    vs.                                    No. 1:12 CV-01065-KG-SMV

PHARMASAFE LLC, a New Mexico
limited liability company, PAT ADAMS,
an individual, BILL BELL, an individual,
and DOES 1-50, inclusive,

    Defendants.

## ORDER GRANTING
## JOINT MOTION TO CONTINUE PRETRIAL DEADLINES

    This MATTER is before the Court on the parties' Joint Motion to Continue Pretrial Deadlines ("Motion"), filed on July 23, 2014.

The Court will grant the Motion, and reset deadlines as follows:

1. The termination date for discovery shall be November 26, 2014;

2. The last date to file motions relating to discovery shall be December 19, 2014;

3. The last date to file pretrial motions shall be January 9, 2015;

4. Plaintiff submits Pretrial Order to Defendants on February 6, 2015;

5. Defendants submit Pretrial Order to Plaintiff on February 20, 2015.

**IT IS SO ORDERED.**

                                      _____
                                      **STEPHAN M. VIDMAR**
                                      **United States Magistrate Judge**

MELENDRES, MELENDRES & HARRIGAN PC.

By: /s/ Paul Melendres
    By: Paul Melendres
    Attorney for Plaintiff Eric Fincke
    1017 5th Street NW
    Albuquerque, NM  87102
    (505) 243-8310 Telephone

    Grellas Shah LLP
    Dhaivat Shah
    20400 Stevens Creek Blvd.
    Cupertino, CA 95014
    Telephone: (408) 255-6310

    *Attorneys for Plaintiff Eric Fincke*

    and

RODEY LAW FIRM

By: /s/ Electronic Approval on 7-22-14
    By: Krystle A. Thomas, Esq.
    Seth L. Sparks, Esq.
    Rodey Law Firm
    201 Third Street NW, Suite 2200
    Albuquerque, New Mexico  87102

    *Attorneys for Defendants Pharmasafe LLC, Pat Adams, Bill Bell*