IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIC FINCKE,

      Plaintiff,

v.   Case No. 1:12-cv-01065-KG-SMV

PHARMASAFE LLC, a New Mexico
limited liability company, PAT ADAMS,
an individual, BILL BELL, an individual,
and DOES 1-50, inclusive,

      Defendants.

## STIPULATED ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

THIS MATTER, having come before the Court on the Joint Motion to Extend Pretrial Deadlines, and the Court having reviewed the motion and having noted the concurrence of all counsel, FINDS that good cause exists for granting the motion.

IT IS, THEREFORE, ORDERED that the joint motion to extend is granted as follows:

1. The January 9, 2015 deadline to file pretrial motions is vacated.

2. The February 6, 2015 and February 20, 2015 deadlines to submit the pretrial order are vacated.

3. After the Court rules on Plaintiff's motion to amend, the Court will hold a status conference to reset the deadlines to file pretrial motions and submit the pretrial order and schedule a settlement conference.

_____
The Honorable Stephan M. Vidmar
United States Magistrate Judge

1808790.1

Approved:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By       */s/ Krystle A. Thomas*
      Krystle A. Thomas
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
FAX:  (505) 768-7395
*Attorneys for Defendants Pharmasafe LLC, Pat Adams, and Bill Bell*

And

By */s/ Electronic Approval on 12/4/14*
      Dhaivat Shah
Grellas Shah LLP
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA 95014
(408) 255-6310
Fax: 408-255-6350
PRO HAC VICE

Paul Melendres
Melendres, Melendres & Harrigan PC
1017 5th St NW
Albuquerque, NM 87102
(505) 243-8310
Fax: 243-9271
*Attorneys for Plaintiff*