IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIC FINCKE, an individual,

       Plaintiff,

v.     Case No. 1:12-CV-01065-KG-SMV

PHARMASAFE LLC, a New Mexico
limited liability company, PHC LLC, a New
Mexico limited liability company, PAT ADAMS,
an individual, BILL BELL, an individual,
and DOES 1-50, inclusive,

       Defendants.

## STIPULATED JUDGMENT

THIS MATTER, having come before the Court upon the Stipulation of Dismissal ("Stipulation") filed by Plaintiff Eric Fincke and Defendants Pharmasafe LLC, PHC LLC,[1] Pat Adams, and Bill Bell, and the Court, having reviewed the Stipulation and being fully advised in the premises, FINDS and CONCLUDES that:

1.    The Court has jurisdiction over the parties to and the subject matter of the above-captioned cause of action;

2.    The Stipulation is well taken and should be approved; and

3.    All of the existing claims and liabilities in this matter have been resolved.

IT IS THEREFORE ORDERED that final judgment is entered, and this action is dismissed with prejudice.

                                  UNITED STATES DISTRICT JUDGE

---

[1] PHC LLC, a Nevada limited liability company, is incorrectly identified as a New Mexico limited liability company in the caption.

Approved:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By __/s/ Krystle A. Thomas_____
       Seth L. Sparks
       Krystle A. Thomas
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
FAX:  (505) 768-7395
*Attorneys for Defendant*

and

GRELLAS SHAH LLP

By __Approved via electronic mail   7/10/15_____
Dhaivat Shah
David Siegel
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA 95014
(408) 255-6310
Fax: 408-255-6350
PRO HAC VICE

Paul Melendres
Melendres, Melendres & Harrigan PC
1017 5th St NW
Albuquerque, NM 87102
(505) 243-8310
Fax: 243-9271
*Attorneys for Plaintiff*